STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KEVIN YEH (CABN 314079)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    Fax: (415) 436-7234
    kevin.yeh@usdoj.gov

Attorneys for United States of America

```
FILED
Mar 13 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FERNANDO PEREZ-SANCHEZ, <br><br> Defendant. | NO. 4:17-MJ-71283-MAG <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against Fernando Perez-Sanchez.

DATED: March 13, 2023

                                                                                                                     Respectfully submitted,

                                                                                                                     STEPHANIE M. HINDS
                                                                                                                     United States Attorney

                                                                                                                     */s/ Thomas A. Colthurst*
                                                                                                                     THOMAS A. COLTHURST
                                                                                                                     Chief, Criminal Division

NOTICE OF DISMISSAL
No. 4:17-mj-71283-MAG

1 | Leave is granted to the government to dismiss the complaint against Fernando Perez-Sanchez.

Date: March 13, 2023

*Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge

NOTICE OF DISMISSAL
No. 4:17-mj-71283-MAG_____